# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DWAYNE HILL,                          :  No. 48 EM 2020
                                      :
                 Petitioner           :
                                      :
                                      :
          v.                          :
                                      :
                                      :
COURT OF COMMON PLEAS OF              :
PENNSYLVANIA,                         :
                                      :
                 Respondent           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Motion for Immediate Relief are DENIED.